IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN HOAG, #10389-018                                                                   PETITIONER

VS.                                         CIVIL ACTION NO. 3:19cv286-DPJ-FKB

WARDEN C. RIVERS and
WARDEN M. MARTIN[1]                                               RESPONDENTS

## REPORT AND RECOMMENDATION

This is a petition for habeas corpus relief brought by federal prisoner John Hoag. *See* 28 U.S.C. § 2241. Petitioner was incarcerated at the Yazoo City Federal Correctional Complex at the time he initially filed the action. Hoag asserts that his release date has been improperly calculated in light of the passage of the First Step Act of 2018. *See* § 404, First Step Act of 2018 (P.L. 115-391). Having considered the filings, the undersigned recommends that the petition be dismissed as moot.

In his petition signed on April 17, 2019, Hoag argues that his release date should be May 17, 2019, if calculated according to his interpretation of the First Step Act. [1] at 2. However, the Bureau of Prisons calculated his good conduct time release date as June 23, 2019. *Id.* The government responds that the petition should be dismissed based on Hoag's failure to exhaust administrative remedies. [9] at 2.

On the other hand, the undersigned finds that this action should be dismissed as moot. A case becomes moot if it no longer presents a case or controversy. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (quoting *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477-478 (1990)). Since Hoag filed this petition, he has been released from the custody of the Bureau of Prisons. According to

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the undersigned recommends that Warden Martin be dismissed from this action as he is no longer a federal employee or the custodian over Hoag.

the web site of the Bureau of Prisons, Hoag was released from custody on June 21, 2019. *See* Bureau of Prisons, https//www.bop.gov/inmateloc/ (last visited Mar. 26, 2020).

For this reason, the undersigned recommends that the petition be dismissed. The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 31st day of March, 2020.

/s/ F. Keith Ball  _____
UNITED STATES MAGISTRATE JUDGE