UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN HOAG, #10389-018                                                                            PETITIONER

V.                                                                      CIVIL ACTION NO. 3:19-CV-286-DPJ-FKB

WARDEN C. RIVERS AND                                                                           RESPONDENTS
WARDEN M. MARTIN

ORDER

This § 2241 habeas case is before the Court on the Report and Recommendation of United States Magistrate Judge F. Keith Ball [11].  Judge Ball recommended that the petition, in which Petitioner John Hoag argued that his release date had been improperly calculated, be dismissed as moot because Hoag was released from the custody of the Bureau of Prisons on June 21, 2019.  *See Salgado v. Fed. Bureau of Prisons*, 220 F. App'x 256, 257 (5th Cir. 2007) ("[A]n action is moot when the court cannot grant the relief requested by the moving party.").  Hoag did not file objections to the R&R, and the time to do so has now expired.[1]

Having reviewed the unopposed Report and Recommendation, the Court adopts it as its opinion.  The Petition is dismissed as moot.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 22nd day of April, 2020.

                                                         s/ *Daniel P. Jordan III*
                                                         CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Court staff sent a copy of the Report and Recommendation to Hoag's address on file at the Federal Correctional Complex in Yazoo City, Mississippi.  Because Hoag is no longer incarcerated, the mail was returned as undeliverable.  Returned Mail [12].